UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DESMOND DEMONTEGNAC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SELENE FINANCE LP, and ) <br> SELECT PORTFOLIO SERVICING, INC., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. <br> 18-12215-FDS |

## ORDER OF DISMISSAL

**SAYLOR, J.**

This is dispute concerning a delinquent home mortgage. Plaintiff Desmond Demontegnac is proceeding *pro se*.

On October 3, 2007, Desmond and Sophia Demontegnac obtained a loan secured by a mortgage on their residence at 36 Wentworth Street, Boston, Massachusetts. At some point, the Demontegnacs fell behind on their payments. Although the loan remains delinquent, defendant Selene Finance LP, which now services the mortgage on behalf of the creditor, has not yet commenced foreclosure proceedings.

Demontegnac filed a complaint and motion for temporary restraining order in state court on September 19, 2018. The self-prepared complaint asserts seven causes of action for various types of alleged unfair business practices against Selene and defendant Select Portfolio Servicing, Inc. ("SPS"), the former mortgage servicer that transferred rights to Selene in June 2018. On October 24, 2018, defendants removed the action to federal court.

On October 31 and November 20, 2018, Selene and SPS, respectively, filed motions to

dismiss, contending that the complaint violates the pleading standard set forth in Fed. R. Civ. P. 8. On December 14 and December 20, 2018, the Court ordered Demontegnac to show cause (or, alternatively, to file an amended complaint that comports with the rules) in writing on or before January 14, 2019, why the claims against defendants should not be dismissed for failure to comply with Rule 8 and for failure to state a claim upon which relief can be granted.

On December 31, 2018, Demontegnac responded to that order with a self-prepared pleading titled "Timely Specific Objections, in Response and Supplement to Remand Re: Removal/Dismiss Motion as Asked." That response deals mainly with his objections to defendants' removal of the action to federal court, and does not clarify his claims. Nothing else was filed before the January 14, 2019 deadline.

Because Demontegnac has failed to show cause or file an amended complaint as ordered by the Court, the complaint is DISMISSED pursuant to Fed. R. Civ. P. 8 and 12(b)(6).

**So Ordered.**

Dated: January 15, 2019

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge